1819.

The Sybil.

⟶※⟵

(INSTANCE COURT.)

## The SYBIL.—DANGERFIELD *et al.*, Claimants.

In a case of civil salvage, where under its peculiar circumstances, the
amount of salvage is discretionary, appeals should not be encouraged
upon the ground of minute distinctions of merit, nor will the Court
reverse the decision of an inferior Court, unless it manifestly appears,
that some important error has been committed.

The demand of the ship owners for freight and general average, in such
a case, is to be pursued against that portion of the proceeds of the
cargo which is adjudged to the owners of the goods, by a direct libel,
or petition; and not by a claim interposed in the salvage cause.

APPEAL from the Circuit Court of South Caro-
lina.

This was a case of civil salvage, in which the Dis-
trict Court decreed a *moiety* of the net proceeds, as
salvage, to be distributed in certain proportions among
the salvors; which was reversed by the Circuit Court
on appeal, and *one fourth* decreed as salvage, to be
divided among the respective salvors, in proportions
somewhat different from those ordered by the Dis-
trict Court.

The cause was submitted to this Court without
argument.

*Feb. 15th.*      Mr. Chief Justice MARSHALL delivered the opi-

nion of the Court.   This is a case, in which, under
its peculiar circumstances, the amount of salvage is
discretionary.   In such cases, it is almost impossible
that different minds, contemplating the same subject,
should not form different conclusions as to the amount
of salvage to be decreed, and the mode of distribu-
tion.   Appeals should not be encouraged upon the
ground of minute distinctions; nor would this Court
choose to reverse the decision of a Circuit Court,
in this class of cases, unless it manifestly appeared,
that some important error had been committed.   In
this particular case, the Court is well satisfied, both
with the amount of salvage decreed by the Circuit
Court, and with the mode of distribution; and the
decree is, therefore, affirmed, with costs.

Decree affirmed.

A question afterwards arose, upon a claim of the
ship owners for freight, &c.

Mr. Justice JOHNSON delivered the opinion of *Feb. 20th.*
the Court.   In this case, the attention of the Court
has been particularly called to the claim interposed
by the ship owners, for freight and average.

This Court, as at present advised, are very well
satisfied that no freight was earned, and that average
may have been justly claimed.   But in the case then
depending, the Circuit Court could not have award-
ed either of those demands.   The question is *inter
alios.*   There was no pretext for claiming either, as
against the salvors; and the ship owners ought to

have pursued their rights by libel, or petition by way of libel, against the portion of the proceeds of the cargo which was adjudged to the shippers. These parties were entitled to be heard upon such a claim, and could only be called upon to answer in that mode.

But the ship owners are not yet too late to pursue their remedy. The proceeds are still in the possession of the law, and may be subjected to any maritime claim or lien in the Court below.

Claim rejected.